**Commonwealth of Kentucky**
**Franklin County**
**Sally Jump**
**Circuit Court Clerk**

---

Receipt Number: 01-0012185-A
DATE: 09/25/2008
TIME: 11:05 AM

*** (I) CIRCUIT CIVIL-FILING ***

CASE NO: 08-CI-01602

RECEIVED FROM: ROCKY MCCLINTOCK ATTORN
ACCOUNT OF: OFFUTT, TRAVIS VS. WELLS FARG(

---

| | | |
|---|---|---|
| 1. | Civil Filing Fee (Q) | 115.00 |
| 2. | ATJ Fee (1) | 20.00 |
| 3. | Court Technology MCFO(K(CT)) | 10.00 |
| 4. | Library Fee (L) | 1.00 |
| 5. | Court Facilities Fee (I) | 25.00 |
| 6. | Att Tax Fee MCFO(K(Q)) | 5.00 |
| 7. | Jury Demand /12 CS(W(M)) | 60.00 |
| | **TOTAL:** | **$236.00** |
| | **CHECK:** | **$236.00** |
| | ***DIFF:** | 0.00 |

*** Check Number: 1035

Prepared By: Sally Jump/MA
** MCFO=Money Collected for Others
** CS=Charge for Services
Filing (KYCOURTS)                                    Page 1 of 1

**EXHIBIT**
tabbies
A

| AOC-105 | Doc. Code: CI | | Case No. | 08-CI-1602 |
|---|---|---|---|---|
| Rev. 1-07 | 09/25/2008 09:20 am | | | |
| Page 1 of 1 | Ver. 1.02 | | Court | ☑ Circuit ☐ District |
| Commonwealth of Kentucky | | | | |
| Court of Justice www.courts.ky.gov | | | County | Franklin |
| CR 4.02; CR Official Form 1 | | **CIVIL SUMMONS** | | |

**PLAINTIFF**

TRAVIS OFFUTT

VS.

WELLS FARGO BANK, N.A.

**DEFENDANT**

*[Stamp: RECEIVED SEP 30 2008 FRANKLIN CIRCUIT COURT SALLY JUMP, CLERK]*

*[Stamp: 2008 SEP 25 P 2:26 SHERIFF/SERVED CLARK COUNTY KENTUCKY]*

**Service of Process Agent for Defendant:**

CSC-LAWYERES INCORPORATING SERVICE COMPAN

421 WEST MAIN ST

FRANKFORT                                                Kentucky                            40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 9-25, 2008

_Sally Jump_ Clerk
By: _[signature]_ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

Linda Smith

this 29 day of Sep, 2008.

Served by: _[signature]_ Deputy Title

| AOC-105 | Doc. Code: CI | | Case No. | 08-CI- 1602 |
|---|---|---|---|---|
| Rev. 1-07 | 09/25/2008 09:20 am | | | |
| Page 1 of 1 | Ver. 1.02 | | Court | ✓ Circuit ☐ District |
| Commonwealth of Kentucky | | | | |
| Court of Justice   www.courts.ky.gov | | | County | Franklin |
| CR 4.02; CR Official Form 1 | | CIVIL SUMMONS | | |

**CIVIL SUMMONS**

FILED SEP 25 2008 FRANKLIN CIRCUIT COURT SALLY JUMP, CLERK

TRAVIS                              OFFUTT                                                                 PLAINTIFF

VS.

WELLS FARGO BANK, N.A.                                                                              DEFENDANT

**Service of Process Agent for Defendant:**

CSC-LAWYERES INCORPORATING SERVICE COMPAN

421 WEST MAIN ST

FRANKFORT                                              Kentucky                      40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 9-25, 2008                    Sally Jump                                    Clerk
                                    By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

                                        Served by: _____

                                                            _____ Title

FILED
SEP 25 2008
FRANKLIN CIRCUIT COURT
SALLY JUMP, CLERK

RECEIVED
SEP 25 2008
FRANKLIN CIRCUIT COURT
SALLY JUMP, CLERK

COMMONWEALTH OF KENTUCKY
FRANKLIN CIRCUIT COURT
DIVISION ___
CIVIL ACTION NO. 08-CI-1602

TRAVIS OFFUTT             PLAINTIFF

VS.

WELLS FARGO BANK, N.A.            DEFENDANT

SERVE: CSC-LAWYERS INCORPORATING
        SERVICE COMPANY
        421 West Main St.
        Frankfort, KY 40601

## COMPLAINT

Comes the Plaintiff, Travis Offutt, and for his complaint in this action states as follows:

1. Plaintiff, Travis Offutt, is a resident of Kentucky.

2. Jurisdiction of this matter is properly before this court as Defendant's service of process agent is located in this county, and the amount in controversy exceeds the jurisdiction amounts of this court.

3. Defendant, Wells Fargo Bank, N.A.,( hereinafter "Wells Fargo") is a non resident corporation whose service of process agent is CSC-LAWYERS INCORPORATING SERVICE COMPANY, 421 West Main St., Frankfort, KY 40601

4. Defendant, Wells Fargo was the successor to a student loan between Plaintiff and Student Finance Corporation.

## COUNT I

5. Wells Fargo, and through their agents, has breached the terms of the note by failing to properly credit payments made by Offutt, charging fees they were not entitled to charge, attempting to collect money that was not owed, harassing Offutt with calls for collection when he was not behind or in default, not crediting payments that have been made, attempting to collect more than due under the note, and falsely reporting information to credit bureaus about this account, and multiple reporting of information about this account.

6. As a direct result of Wells Fargo's breach's of the note, Offutt has been damaged by actual and compensatory damages in excess of the jurisdictional requirements of this court. Additionally, Offutt is entitled to his costs and fees incurred in this action.

## COUNT II

7. On or about September of 2005, Wells Fargo, falsely reported adverse credit information to two credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

8. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT III

9. On or about November of 2005, Wells Fargo, falsely reported adverse credit information to two credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

10. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT IV

11. On or about December of 2005, Wells Fargo, falsely reported adverse credit information to two credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

12. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT V

13. On or about January of 2006, Wells Fargo, falsely reported adverse credit information to two credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

14. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT VI

15. On or about February of 2006, Wells Fargo, falsely reported adverse credit information to two credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

16. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT VII

17. On or about March of 2006, Wells Fargo, falsely reported adverse credit information to two credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

18. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT VIII

19. On or about April of 2006, Wells Fargo, falsely reported adverse credit information to two credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

20. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT IX

21. On or about September of 2007, Wells Fargo, acting through their agents, falsely reported adverse credit information to two credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

22. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT X

23. On or about December of 2007, Wells Fargo, acting through their agents, falsely reported adverse credit information to two credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

24. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT XI

25. On or about January of 2008, Wells Fargo, acting through their agents, falsely reported adverse credit information to two credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

26. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT XII

27. On or about February of 2008, Wells Fargo, acting through their agents, falsely reported adverse credit information to two credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

28. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT XIII

29. On or about February of 2008, Wells Fargo, and acting through their agents, reported multiple times, at the same time, false information, by reporting this loan as three different loans, and not as the singular loan that it is to at least one credit bureaus, regarding Offutt, in violation of the Fair Credit Reporting Act.

30. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT XIV

31. Between September of 2005 and the present, Wells Fargo, and acting through their agents, have violated the Fair Debt Collection Practices Act, by sending false correspondence, charging fees they were not entitled to charge, attempting to collect money that was not owed, harassing Offutt with calls for collection when he was not behind or in default, not crediting payments that have been made, attempting to collect more than due under the note, and falsely reporting information to credit bureaus about this account, and multiple reporting of information about this account.

32. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

## COUNT XIV

33. Between September of 2005 and the present, Wells Fargo, and acting through their agents, have been grossly negligent in their actions toward Offutt, and with reckless disregard toward Offut.

34. As a direct result of this violation, Offutt has been damaged by actual, compensatory, and statutory damages, in excesss of the jurisdictional requirements of this court. Additionally, under the statute, Offutt is entitled to his costs and fees, including his attorneys fees, in this action.

35. Offutt is further entitled to punitive damages as a result of this gross negligence.

Therefore, Offutt requests as follows:

1. For Judgment to be entered for him on all counts.
2. For Judgment be entered for Offutt for damages in excess of the jurisdictional amount of this court.
3. For judgment to be entered for Offutt for punitive damages.
4. For Defendant's costs and attorneys fees.
5. For a trial by jury.
6. For all other relief to which Plaintiff may be determined to be entitled by this court.

## VERIFICATION

I hereby verify that the foregoing complaint is true and accurate to the best of my knowledge and belief.

Travis Offutt

COMMONWEALTH OF KENTUCKY

STATE AT LARGE

The foregoing complaint was sworn to and signed before me by TRAVIS OFFUTT, on this the 11th day of July, 2008

Notary Public
My commission expires: 3-13-2010

Respectfully submitted,

Rocky L. McClintock
Attorney for Plaintiff
115 South Hamilton St.
Georgetown, KY 40324
(502) 863-2751